IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 09 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:14cr120 DPS-LRA

FREDRICK BROOKS  18 U.S.C. § 1708

**The Grand Jury charges:**

## COUNT 1

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 2865 Arundel Road, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

## COUNT 2

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 2416, 41st Avenue, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

COUNT 3

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 10120 Weldwood Drive, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

COUNT 4

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 1400 18th Street, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

COUNT 5

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 2087 Jeff Davis School Road, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

## COUNT 6

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 4501 Highway 39N, Apt. 4B, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

## COUNT 7

On or about the April 25, 2014, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **FREDRICK BROOKS**, did attempt to steal and take from and out of an authorized depository for mail matter located at the United States Postal Service's Jackson Mississippi Processing and Distribution Center in Jackson, Mississippi, contents of a package, addressed to 4501 Highway 39N, Apt. 15A, Meridian, Mississippi, in violation of Section 1708, Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of September, 2014.

UNITED STATES MAGISTRATE JUDGE